# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138952 & (59)

MYRIAM VELEZ,
        Plaintiff-Appellee/
        Cross-Appellant,

v

MARTIN TUMA, M.D.,
        Defendant-Appellant/
        Cross-Appellee.

SC: 138952
COA: 281136
Wayne CC: 04-402161-NH

_____/

On order of the Court, the application for leave to appeal the April 16, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered and, it appearing to this Court that the case of *O'Neal v St John Hosp* (Docket Nos. 138180-1) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2009

Clerk

d1202